

**FILED**
**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

### WESTERN DIVISION

**08 C 50026**

PAT RICHTER
a citizen of Illinois,                    )
                                          )
                                          )    Case No. _____
                    Plaintiff,            )
                                          )
        vs.                               )
                                          )
INSTAR Enterprises International, Inc.,    )    **JUDGE KAPALA**
a New Jersey corporation,                 )    **MAGISTRATE JUDGE MAHONEY**
                                          )
                    Defendant.            )

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Pat Richter (hereinafter, "Ms. Richter"), through her attorneys,

complains of defendant INSTAR Enterprises International, Inc., (hereinafter,

"Instar"), as follows:

### THE PARTIES

1.    Ms. Richter is a natural person and resident of Illinois.  She resides

at 730 Landmark Drive, Belvidere, Illinois 61008.

2.    Upon information and belief, Instar is a New Jersey corporation

having a principal place of business at 35 Cotters Lane, P.O. Box 6609, East

Brunswick, New Jersey 08816.

### NATURE OF THE ACTION

3.    This is an action for copyright infringement under 17 U.S.C §501.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over this action pursuant to 28 U.S.C.

§1331 (federal question), 28 U.S.C. §1338(a) (actions arising under Acts of

Congress relating to copyrights under 17 U.S.C. §101, *et seq*.), and 28 U.S.C.

§1332(a) (diversity of citizenship – matter in controversy exceeds the sum or value

of $75,000, exclusive of interest and costs).

5.     This Court has personal jurisdiction over Instar, pursuant to 735

I.L.C.S. §5/2-209 and otherwise, because the injury of copyright infringement will

be felt mainly in Illinois where Ms. Richter is located, because Instar displays,

offers for sale, and sells decals and designs to customers in Illinois through its

fully-interactive e-commerce website on the Internet at

http://www.instardecals.com and http://www.instar-usa.com (hereinafter the

"Instar website"), because goods bearing the copyrighted material developed by

Ms. Richter in Illinois are now in the possession of Instar, and because the

copyrighted material owned by Ms. Richter in Illinois is now in possession of

Instar.

6.     Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and

(c) because a substantial part of the events giving rise to the claim have occurred

in this District, a substantial part of the property that is the subject of the action is

situated in this District, and because Instar was subject to personal jurisdiction in

this District at the time the action was commenced.

## FACTS

7.     Artist Pat Richter has created numerous works of the visual arts (hereinafter the "Gallery Artwork") that are original works of authorship and constitute copyrightable subject matter under the United States Copyright Act, 17 U.S.C. §101 *et seq*.

8.     Ms. Richter is the owner of all right, title, and interest in the copyrights for the Gallery Artwork.

9.     While not required by the United States Copyright Act, all of the Gallery Artwork includes a copyright notice thereon.

10.     Upon information and belief, Instar is aware of the copyright laws of the United States, copyright protection, and the penalties for copyright infringement as evidenced by the copyright notice on the Instar website that states: "The designs on this web site are original artistic works and are protected by copyright laws worldwide. The making of copies of these decals, or dealing in goods carrying copied decals constitutes infringement and will be pursued by legal action. Courts frequently order the destruction of infringing copies as well as award damages."

## COUNT ONE
### INFRINGEMENT OF COPYRIGHT IN VIOLATION OF 17 U.S.C. §501
### VA 939-646

11.     Ms. Richter hereby re-alleges and incorporates by reference the allegations of paragraphs 1-10 of this Complaint as if fully set forth herein.

12.    Ms. Richter has obtained a federal copyright registration, namely United States Copyright Registration No. VA-939-646, for a piece of The Gallery Artwork entitled "The Pocket Watch." A copy of the federal registration, which is valid and subsisting, is attached hereto as Exhibit 1.

13.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, reproduced "The Pocket Watch" piece of the Gallery Artwork in copies for use on and in the Instar website in violation of 17 U.S.C. §501.

14.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, distributed copies of the copyrighted work to the public through the Instar website in violation of 17 U.S.C. §501.

15.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, displayed copies of the copyrighted work to the public on the Instar website in violation of 17 U.S.C. §501.

16.    Based on the above, Instar has violated certain of the exclusive rights granted to Ms. Richter under the United States Copyright Act, 17 U.S.C. §106.

17.    Upon information and belief, Instar was aware and had reason to believe that its acts constituted an infringement of the copyright owned by Ms. Richter.

4

18.    Upon information and belief, Instar willfully committed the acts of copyright infringement alleged herein.

19.    Instar's infringing activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to Ms. Richter. Ms. Richter has no adequate remedy at law.

## COUNT TWO
## INFRINGEMENT OF COPYRIGHT IN VIOLATION OF 17 U.S.C. §501
## VA 1-000-954

20.    Ms. Richter hereby re-alleges and incorporates by reference the allegations of paragraphs 1-19 of this Complaint as if fully set forth herein.

21.    Ms. Richter has obtained a federal copyright registration, namely United States Copyright Registration No. VA-1-000-954, for a piece of the Gallery Artwork registered as Series No. 10A. The piece at issue is entitled "Nature's Gifts." A copy of the federal registration, which is valid and subsisting, is attached hereto as Exhibit 2.

22.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, reproduced the "Nature's Gifts" piece of the Gallery Artwork in copies for use on and in the Instar website in violation of 17 U.S.C. §501.

23.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, distributed copies of the copyrighted work to the public through the Instar website in violation of 17 U.S.C. §501.

24.     Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, displayed copies of the copyrighted work to the public on the Instar website in violation of 17 U.S.C. §501.

25.     Based on the above, Instar has violated certain of the exclusive rights granted to Ms. Richter under the United States Copyright Act, 17 U.S.C. §106.

26.     Upon information and belief, Instar was aware and had reason to believe that its acts constituted an infringement of the copyright of Ms. Richter.

27.     Upon information and belief, Instar willfully committed the acts of copyright infringement alleged herein.

28.     Instar's infringing activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to Ms. Richter.

29.     Ms. Richter has no adequate remedy at law.

## COUNT THREE
## INFRINGEMENT OF COPYRIGHT IN VIOLATION OF 17 U.S.C. §501
## VA 1-000-954

30.     Ms. Richter hereby re-alleges and incorporates by reference the allegations of paragraphs 1-29 of this Complaint as if fully set forth herein.

31.     Ms. Richter has obtained a federal copyright registration, namely United States Copyright Registration No. VA-1-000-954, for a piece of the Gallery Artwork registered as Series No. 10A.  The piece at issue is entitled

"Snowman Love." A copy of the federal registration, which is valid and subsisting, is attached hereto as Exhibit 2.

32.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, reproduced the "Snowman Love" piece of the Gallery Artwork in copies for use on and in the Instar website in violation of 17 U.S.C. §501.

33.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, distributed copies of the copyrighted work to the public through the Instar website in violation of 17 U.S.C. §501.

34.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, displayed copies of the copyrighted work to the public on the Instar website in violation of 17 U.S.C. §501.

35.    Based on the above, Instar has violated certain of the exclusive rights granted to Ms. Richter under the United States Copyright Act, 17 U.S.C. §106.

36.    Upon information and belief, Instar was aware and had reason to believe that its acts constituted an infringement of the copyright of Ms. Richter.

37.    Upon information and belief, Instar willfully committed the acts of copyright infringement alleged herein.

38.    Instar's infringing activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to Ms. Richter.

39.    Ms. Richter has no adequate remedy at law.

## COUNT FOUR
## INFRINGEMENT OF COPYRIGHT IN VIOLATION OF 17 U.S.C. §501
## VA 1-098-451

40.    Ms. Richter hereby re-alleges and incorporates by reference the allegations of paragraphs 1-39 of this Complaint as if fully set forth herein.

41.    Ms. Richter has obtained a federal copyright registration, namely United States Copyright Registration No. VA-1-098-451, for a piece of the Gallery Artwork registered as Note Card Series 18501A.  The piece at issue is entitled "Wine Ribbon."  A copy of the federal registration, which is valid and subsisting, is attached hereto as Exhibit 3.

42.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, reproduced the "Wine Ribbon" piece of the Gallery Artwork in copies for use on and in the Instar website in violation of 17 U.S.C. §501.

43.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, distributed copies of the copyrighted work to the public through the Instar website in violation of 17 U.S.C. §501.

44.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, displayed copies of the

copyrighted work to the public on the Instar website in violation of 17 U.S.C. §501.

45.     Based on the above, Instar has violated certain of the exclusive rights granted to Ms. Richter under the United States Copyright Act, 17 U.S.C. §106.

46.     Upon information and belief, Instar was aware and had reason to believe that its acts constituted an infringement of the copyright of Ms. Richter.

47.     Upon information and belief, Instar willfully committed the acts of copyright infringement alleged herein.

48.     Instar's infringing activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to Ms. Richter.

49.     Ms. Richter has no adequate remedy at law.

## COUNT FIVE
## INFRINGEMENT OF COPYRIGHT IN VIOLATION OF 17 U.S.C. §501
## VA 1-103-315

50.     Ms. Richter hereby re-alleges and incorporates by reference the allegations of paragraphs 1-49 of this Complaint as if fully set forth herein.

51.     Ms. Richter has obtained a federal copyright registration, namely United States Copyright Registration No. VA-1-103-315, for a piece of The Gallery Artwork registered as Christmas Card Series 18000A.  The piece at issue is entitled "It's Time to Go Inside."  A copy of the federal registration, which is valid and subsisting, is attached hereto as Exhibit 4.

52.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, reproduced the "It's Time to Go Inside" piece of the Gallery Artwork in copies for use on and in the Instar website in violation of 17 U.S.C. §501.

53.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, distributed copies of the copyrighted work to the public through the Instar website in violation of 17 U.S.C. §501.

54.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, displayed copies of the copyrighted work to the public on the Instar website in violation of 17 U.S.C. §501.

55.    Based on the above, Instar has violated certain of the exclusive rights granted to Ms. Richter under the United States Copyright Act, 17 U.S.C. §106.

56.    Upon information and belief, Instar was aware and had reason to believe that its acts constituted an infringement of the copyright of Ms. Richter.

57.    Upon information and belief, Instar willfully committed the acts of copyright infringement alleged herein.

58.    Instar's infringing activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to Ms. Richter.

59.    Ms. Richter has no adequate remedy at law.

## COUNT SIX
## INFRINGEMENT OF COPYRIGHT IN VIOLATION OF 17 U.S.C. §501
## VA 1-103-315

60.    Ms. Richter hereby re-alleges and incorporates by reference the allegations of paragraphs 1-59 of this Complaint as if fully set forth herein.

61.    Ms. Richter has obtained a federal copyright registration, namely United States Copyright Registration No. VA-1-103-315, for a piece of the Gallery Artwork registered as Christmas Card Series 18000A.  The piece at issue is entitled "We Gather Together."  A copy of the federal registration, which is valid and subsisting, is attached hereto as Exhibit 4.

62.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, reproduced the "We Gather Together" piece of the Gallery Artwork in copies for use on and in the Instar website in violation of 17 U.S.C. §501.

63.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, distributed copies of the copyrighted work to the public through the Instar website in violation of 17 U.S.C. §501.

64.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, displayed copies of the copyrighted work to the public on the Instar website in violation of 17 U.S.C. §501.

65. Based on the above, Instar has violated certain of the exclusive rights granted to Ms. Richter under the United States Copyright Act, 17 U.S.C. §106.

66. Upon information and belief, Instar was aware and had reason to believe that its acts constituted an infringement of the copyright of Ms. Richter.

67. Upon information and belief, Instar willfully committed the acts of copyright infringement alleged herein.

68. Instar's infringing activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to Ms. Richter.

69. Ms. Richter has no adequate remedy at law.

**COUNT SEVEN**
**INFRINGEMENT OF COPYRIGHT IN VIOLATION OF 17 U.S.C. §501**
**VA 1-201-737**

70. Ms. Richter hereby re-alleges and incorporates by reference the allegations of paragraphs 1-69 of this Complaint as if fully set forth herein.

71. Ms. Richter has obtained a federal copyright registration, namely United States Copyright Registration No. VA-1-201-737, for a piece of the Gallery Artwork registered as Original Paintings Series 21B, Consisting of Seventeen Paintings. The piece at issue is entitled "Pure Red." A copy of the federal registration, which is valid and subsisting, is attached hereto as Exhibit 5.

72. Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, reproduced the "Pure

Red" piece of the Gallery Artwork in copies for use on and in the Instar website in violation of 17 U.S.C. §501.

73.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, distributed copies of the copyrighted work to the public through the Instar website in violation of 17 U.S.C. §501.

74.    Upon information and belief, Instar has, without permission or authority, and after the date of the copyright registration, displayed copies of the copyrighted work to the public on the Instar website in violation of 17 U.S.C. §501.

75.    Based on the above, Instar has violated certain of the exclusive rights granted to Ms. Richter under the United States Copyright Act, 17 U.S.C. §106.

76.    Upon information and belief, Instar was aware and had reason to believe that its acts constituted an infringement of the copyright of Ms. Richter.

77.    Upon information and belief, Instar willfully committed the acts of copyright infringement alleged herein.

78.    Instar's infringing activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to Ms. Richter.

79.    Ms. Richter has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Ms. Richter asks this Court to enter judgment in her favor against defendant Instar as follows:

A.    That Instar, its agents, servants, employees, successors and assigns and all others in concert and privity with it, be preliminarily and permanently enjoined from using and infringing Ms. Richter's copyrights pursuant to 17 U.S.C. §502;

B.    That all infringing articles in the possession or control of Instar be impounded and surrendered to Ms. Richter, on such terms as deemed reasonable, pursuant to 17 U.S.C. §503;

C.    That Instar be required to pay to Ms. Richter statutory damages of one hundred fifty thousand U.S. dollars ($150,000.00) for each of the seven (7) acts of copyright infringement involved in this action for a total statutory damages award of one million fifty thousand U.S. dollars ($1,050,000.00) pursuant to 17 U.S.C. §504(c)(1);

D.    That Instar be required to pay to Ms. Richter increased statutory damages for each act of willful copyright infringement pursuant to 17 U.S.C. §504(c)(2);

E.    That Instar be compelled to pay Ms. Richter's attorneys' fees, together with costs of this suit, pursuant to 17 U.S.C. §505; and

F.    For such other and further relief as may be just and equitable.

**JURY DEMAND**

Ms. Richter hereby demands and requests a trial by jury.

Dated this 21st day of February, 2008.

Respectfully submitted,

BY    s/ David G. Hanson
Illinois State Bar No. 90785044
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
Telephone:  414-298-1000
Facsimile:  414-298-8097
dhanson@reinhartlaw.com
***Attorney for Plaintiff***
Pat Richter

MW\1500673

# CERTIFICATE OF REGISTRATION



FORM VA
UNITED STATES COPYRIGHT OFFICE
REGI

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**VA 939-646**

*808002939646*

EFFECTIVE DATE OF REGISTRATION

9-21-98
Month    Day    Year

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

The Pocket Watch

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

None

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Patricia C. Richter

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1946    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original Painting

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 10 Year ▶ 1998
USA    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Patricia C. Richter
1237 Genoa Road
Belvidere, IL  61008

**APPLICATION RECEIVED**
SEP 21 1998
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
SEP 21 1998
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE



FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☒ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Patricia Richter
1237 Genoa Road
Belvidere, IL  61008

Area Code & Telephone Number ▶  815/544-9222

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Patricia C. Richter                                    date ▶  9-10-1998

Handwritten signature (X) ▼
*Patricia C. Richter*

**MAIL CERTIFI- CATE TO**

Certificate will be mailed in window envelope

Name ▼
Patricia C. Richter
Number Street Apartment Number ▼
1237 Genoa Road
City State ZIP ▼
Belvidere, IL  61008

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights
Library of Congress, Washington
D.C. 20559

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1988: 241-150:40,001

# CERTIFICATE OF REGISTRATION

FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



VA 1-000-954

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**OFFICIAL SEAL**

EFFECTIVE DATE OF REGISTRATION

AUG 0 6 2001

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1** TITLE OF THIS WORK ▼

SERIES # 10A

NATURE OF THIS WORK ▼ See instructions

FIGURINES

PREVIOUS OR ALTERNATIVE TITLES ▼

None

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**NAME OF AUTHOR▼**

**a** Patricia C. Richter

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
1946

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
THREE DIMENSIONAL FIGURINES

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**b**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2001 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 01 Day ▶ 06 Year ▶ 2001
USA ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Patricia C. Richter
1237 Genoa Road
Belvidere, IL  61008

See instructions before completing this space.

APPLICATION RECEIVED
AUG 0 6 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 0 6

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☒ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Patricia Richter
1237 Genoa Road
Belvidere, IL  61008

Area Code & Telephone Number ▶   **815/544-9222**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Patricia C. Richter

date ▶  8-2-01

Handwritten signature (X) ▼

*Patricia C. Richter*

MAIL
CERTIFI-
CATE TO

Name ▼
Patricia C. Richter

Number/Street/Apartment Number ▼
1237 Genoa Road

City/State/ZIP ▼
Belvidere, IL  61008

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, DC 20559



17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

FORM VA
UNITED STATES COPYRIGHT OFFICE
REGISTF

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

VA 1-098-451

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**EFFECTIVE DATE OF REGISTRATION**

|  |  |  |
|---|---|---|
| Month | Day | Year |

OFFICIAL SEAL

ATE CONTINUATION SHEET.

---

## 1

**TITLE OF THIS WORK ▼**

Note card series 18501A

**NATURE OF THIS WORK ▼** See instructions

Acrylic Paintings

**PREVIOUS OR ALTERNATIVE TITLES ▼**

None

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

## 2

**NAME OF AUTHOR ▼**

a  Patricia C. Richter

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1946

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

If the answer to either of these questions is "Yes." see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original Painting

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes." see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes." see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 06    Day ▶ 01    Year ▶ 2001
USA
◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Patricia C. Richter
1237 Genoa Road
Belvidere, IL  61008.

See instructions before completing this space

**APPLICATION RECEIVED**
JUN 18 2001

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUN. 18. 2001

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☒ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address-Apt-City-State-Zip ▼

Patricia Richter
1237 Genoa Road
Belvidere, IL 61008

Area Code & Telephone Number ▶ 815/544-9222

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Patricia C. Richter        date ▶ 6-12-01

Handwritten signature (X) ▼

Patricia C. Richter

**MAIL
CERTIFI-
CATE TO**

Name ▼
Patricia C. Richter

Number/Street/Apartment Number ▼
1237 Genoa Road

City/State/ZIP ▼
Belvidere, IL 61008

**Certificate
will be
mailed in
window
envelope**

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, DC 20559

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**VA 1-103-315**

EFFECTIVE DATE OF REGISTRATION

5-29-01
Month    Day    Year

---

ATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
Christmas card series 18000A

**NATURE OF THIS WORK ▼** See instructions
Acrylic paintings

**PREVIOUS OR ALTERNATIVE TITLES ▼**
None

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
Patricia C. Richter

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1946    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original Painting

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 05   Day ▶ 01   Year ▶ 2001
USA ◀ Nation

---

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Patricia C. Richter
1237 Genoa Road
Belvidere, IL 61008

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
MAY 29 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 29 2001
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages.

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☒ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                 Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Patricia Richter
1237 Genoa Road
Belvidere, IL  61008

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶  815/544-9222

**CERTIFICATION**  I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Patricia C. Richter                                          date ▶ May 23, 2001

☞  Handwritten signature (X) ▼

_Patricia C. Richter_

**MAIL CERTIFI-CATE TO**

Name ▼
Patricia C. Richter

Number Street Apartment Number ▼
1237 Genoa Road

City State ZIP ▼
Belvidere, IL  61008

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, DC 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1996: 491-360/40,001

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM VA
UNITED STATES COPYRIGHT OFFICE



VA 1-201-737

EFFECTIVE DATE OF REGISTRATION

JUN 3 2003
Month    Day    Year

---

ARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
ORIGINAL PAINTINGS SERIES 21B, CONSISTING OF SEVENTEEN PAINTINGS

**NATURE OF THIS WORK ▼** See instructions
ACRYLIC PAINTINGS

**PREVIOUS OR ALTERNATIVE TITLES ▼**
None

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**
Patricia C. Richter

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1946

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original Painting

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 06    Day ▶ 01    Year ▶ 2003
USA
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Patricia C. Richter
1237 Genoa Road
Belvidere, IL  61008

See instructions before completing this space.

APPLICATION RECEIVED
JUN 0 3 2003
ONE DEPOSIT RECEIVED
JUN 0 3 2003
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FO
COPYRIG
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☒ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instruction
before comp
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Patricia Richter
1237 Genoa Road
Belvidere, IL  61008

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ►          815/544-9222

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Patricia C. Richter
                                                                     date ►

☞          Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
Patricia C. Richter

Number Street Apartment Number ▼
1237 Genoa Road

City State ZIP ▼
Belvidere, IL  61008

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights
Library of Congress, Washington
DC 20559.