## *United States District Court for the Northern District of Illinois*

Case Number: _08-50026_       Assigned/Issued By: _pb_

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

FEB 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____       Receipt #: _____

Date Paid: _____       Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**   ☒ Summons       ☐ Alias Summons

☐ Third Party Summons       ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
*(Type of Writ)*

1 Original and _0_ copies on _2/21/08_ as to _InStAR Enterprises_
*(Date)*                    _International, Inc._

---