UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAT RICHTER | ) Case No.: 08-C-50026 |
| | ) |
| **Plaintiff** | ) AFFIDAVIT OF SERVICE |
| v. | ) |
| INSTAR ENTERPRISES INTERNATIONAL, INC. | ) |
| | ) |
| **Defendant** | ) |

STATE OF NJ: COUNTY OF MIDDLESEX    ss:

I, ROBERT F. TAYLOR, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NJ. That on APRIL 03, 2008 at 3:26 PM at 35 COTTERS LANE, EAST BRUNSWICK, NJ 08816, deponent served the within SUMMONS AND COMPLAINT on INSTAR ENTERPRISES INTERNATIONAL, INC. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to ROBERT ENGEL personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PRESIDENT thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: WHITE    Hair: Grey    Glasses: No    Approx. Age: 60 Heights: 5' 11"    Weight: 170

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

ROBERT F. TAYLOR
Taylor Support Services, Inc.
400-8 Cranbury Road
East Brunswick, NJ 08816
(732) 238-4400

Subscribed and sworn to before me, a notary public, on this 4th day of April, 2008.

Dolores J. Taylor
My commission expires 4/28/09