ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PAT RICHTER,<br>a citizen of Illinois,<br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>INSTAR Enterprises International, Inc,<br>s/h/a a New Jersey Corporation,<br><br>　　　　　　　　Defendant. | Case No. 08-C-50026<br><br>Judge Kapala<br>Magistrate Judge<br>Mahoney<br><br>F I L E D<br><br>APR 1 5 2008<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

NOW COMES Defendant, INSTAR Enterprises International, Inc., by and through its attorney, Randolph Volkell, and hereby requests an extension of time in which to answer or otherwise respond to Plaintiff, Pat Richter's Complaint. In support of this Motion, Defendant states as follows:

1. Federal Rule of Civil Procedure 6(b) provides in relevant part that:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order.

2. Defendant makes this Motion before the expiration of the

period prescribed by Fed. R. Civ. P. 12(a)(1)(A) to respond to Plaintiff's Complaint.

3. Defendant is located in New Jersey and counsel is in New York. We have begun a search for local counsel, but have not yet located a suitable firm.

4. Counsel for the defendant has made two written requests (each by fax, on April 9 and April 11) that plaintiff's counsel agree to defendant's request for additional time to answer or otherwise respond to the complaint, but despite a return fax on April 11, responsive to other issues, counsel has not addressed either of the requests for an extension.

5. In light of the foregoing, defendant respectfully moves the Court to extend defendant's deadline to answer or otherwise respond to the complaint. We respectfully request an extension of thirty days, through and including May 23, 2008.

6. The requested extension should be sufficient to obtain local counsel, and to prepare a response.

7. It is also respectfully requested that the conference now scheduled for May 9, 2008 be adjourned. In addition to the reasons stated above, your affiant has a prior family commitment at that time.

WHEREFORE, for the above and foregoing reasons, defendant hereby moves the Court to grant defendant an extension of time to respond to the complaint as set forth above, and to award defendant

all other relief just and proper in the premises.

Dated: April 14, 2008

                                        Respectfully submitted,

                                        Randolph Volkell
                                        Attorney for Defendant
                                        14 Woodland Terrace
                                        Merrick, NY 11566
                                        (516) 771-0300

To:

Jill M. Kastner, Esq.
Reinhart Boerner Van Deuren
Attorneys for Plaintiff
1000 North Water Street
Milwaukee, WI 53202

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

|  |  |
|---|---|
| PAT RICHTER,<br>a citizen of Illinois,<br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>INSTAR Enterprises International, Inc,<br>s/h/a a New Jersey Corporation,<br><br>　　　　　　　　Defendant. | Case No. 08-C-50026<br><br>Judge Kapala<br>Magistrate Judge<br>Mahoney<br><br>**DECLARATION OF<br>SERVICE** |

RANDOLPH Z. VOLKELL, an attorney admitted to the courts of the State of New York, declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true, except those made on information and belief and, as to those, he believes them to be true:

　　1.　I am the attorney for plaintiffs in the within action.

　　2.　On the 14th day of April, 2008, I deposited a copy of the annexed motion in the above entitled action, enclosed in a prepaid Federal Express wrapper and properly addressed to:

Jill M. Kastner, Esq.
Reinhart Boerner Van Deuren
Attorneys for Plaintiff
1000 North Water Street
Milwaukee, WI 53202

the addresses designated by her for that purpose, in a Federal Express depository, under the exclusive care and custody of Federal Express.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: Merrick, New York
       April 14, 2008

RANDOLPH Z. VOLKELL