# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50026 | **DATE** | 4/22/2008 |
| **CASE TITLE** | RICHTER vs. INSTAR | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for an extension of time to May 23, 2008 to respond to the complaint is granted.  Status hearing reset for June 6, 2008 at 1:30 pm. Defendant's application for Randolph Volkell to appear pro hac vice is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|