IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| PAT RICHTER, a citizen of Illinois, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: 08-C-50026 |
| | ) | |
| INSTAR Enterprises International, Inc., s/h/a a New Jersey Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
INSTAR Enterprises International, Inc., s/h/a a New Jersey Corporation.

**Name:**
Lloyd R. McCumber

**Signature:**
/s/ Lloyd R. McCumber

**Firm:**
Picha, Salisbury & McCumber, LLC

**Street Address:**
1639 N. Alpine Road, Suite 300

**City/State/Zip:**
Rockford, IL 61107

**ID Number:**          **Telephone No.:**
6199462                815/227-4300

| | |
|---|---|
| **Are you acting as lead counsel in this case?** | No. |
| **Are you acting as local counsel in this case:** | Yes. |
| **Are you a member of this court's trial bar:** | Yes. |
| **If this case reaches trial, will you act as the trial attorney?** | No. |