IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| PAT RICHTER, a citizen of Illinois, )<br>)<br>　　　　　　　Plaintiff, )<br>vs. )<br>)<br>INSTAR Enterprises International, Inc., s/h/a a New )<br>Jersey Corporation, )<br>)<br>　　　　　　　Defendant. ) | Case No.: 08-C-50026 |

## APPEARANCE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
INSTAR Enterprises International, Inc., s/h/a a New Jersey Corporation.

**Name:**
Michelle L. Landon

**Signature:**
/s/  Michelle L. Landon

**Firm:**
Picha, Salisbury & McCumber, LLC

**Street Address:**
1639 N. Alpine Road, Suite 300

**City/State/Zip:**
Rockford, IL  61107

| | |
|---|---|
| **ID Number:**<br>6286670 | **Telephone No.:**<br>815/227-4300 |

| | |
|---|---|
| **Are you acting as lead counsel in this case?** | No. |
| **Are you acting as local counsel in this case:** | Yes. |
| **Are you a member of this court's trial bar:** | Yes. |
| **If this case reaches trial, will you act as the trial attorney?** | No. |