IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| PAT RICHTER, a citizen of Illinois, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 50026 |
| v. | ) | |
| | ) | |
| INSTAR Enterprises International, Inc., | ) | |
| s/h/a a New Jersey Corporation, | ) | Judge Kapala |
| | ) | Magistrate Judge Mahoney |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I electronically filed Defendant's Motion to Dismiss and supporting Memorandum of Law with theClerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Randolph Vokell          volkell@oponline.net

Jill M. Kastner          jkastner@reinhartlaw.com

Respectfully submitted,

s/ Michelle L. Landon
Picha, Salisbury & McCumber, LLC
Attorney for Defendant
1639 North Alpine Road, Suite 300
Rockford, IL 61107
815-227-4300
815-227-4330 Fax