IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PAT RICHTER, a citizen of Illinois, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 50026 |
| v. ) | |
| ) | |
| INSTAR Enterprises International, Inc., ) | |
| s/h/a a New Jersey Corporation, ) | Judge Kapala |
| ) | Magistrate Judge Mahoney |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically served Defendant's Motion Pursuant to Rule 11 with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Randolph Vokell            volkell@oponline.net

Jill M. Kastner            jkastner@reinhartlaw.com

.

INSTAR Enterprises International, Inc.,
s/h/a a New Jersey Corporation,

By: _____
Michelle L. Landon, Esq.

Respectfully submitted:

Michelle L. Landon, Esq.
Picha, Salisbury & McCumber, LLC
1639 North Alpine Road, Suite 300
Rockford, IL 61107
815-227-4300
815-227-4330 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| PAT RICHTER, a citizen of Illinois, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 50026 |
| v. | ) | |
| | ) | |
| INSTAR Enterprises International, Inc., | ) | |
| s/h/a a New Jersey Corporation, | ) | Judge Kapala |
| | ) | Magistrate Judge Mahoney |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2008, I served a copy of Defendant's Motion Pursuant to Rule 11 on Plaintiff at the address listed below by depositing the same in a mailbox located at 1639 North Alpine Road, Rockford, IL, on or before the hour of 5 p.m. with proper postage attached thereto.

Jill M. Kastner, Esq.
Reinhart, Boerner, VanDeuren
1000 North Water Street
Milwaukee, WI 53202

By: *[signature]*
INSTAR Enterprises International, Inc.,
s/h/a a New Jersey Corporation,
Michelle L. Landon, Esq.

Michelle L. Landon, Esq.
Picha, Salisbury & McCumber, LLC
1639 North Alpine Road, Suite 300
Rockford, IL 61107
815-227-4300
815-227-4330 fax