UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PAT RICHTER, a citizen of Illinois, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 50026 |
| v. ) | |
| ) | |
| INSTAR Enterprises International, Inc., ) | |
| s/h/a a New Jersey Corporation, ) | Judge Kapala |
| ) | Magistrate Judge Mahoney |
| Defendant. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, June 13, 2008, at 1:30 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable P. Michael Mahoney, or any judge sitting in his stead, in the U.S. District Court, Northern District of Illinois, Western Division, 211 S. Court St., Rockford, IL, and shall then and there present Defendant's **Motion Pursuant to Rule 11**, at which time you may appear if you so see fit to do.

I hereby certify that on May 29, 2008, I electronically filed this Notice of Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Randolph Vokell | volkell@oponline.net |
| Jill M. Kastner | jkastner@reinhartlaw.com |

Respectfully submitted,

/s/Michelle L. Landon, Esq.
Picha, Salisbury & McCumber, LLC
Attorney for Defendant
1639 North Alpine Road, Suite 300
Rockford, IL 61107
815-227-4300
815-227-4330 Fax