UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

| | | |
|---|---|---|
| PAT RICHTER<br>a citizen of Illinois,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>INSTAR Enterprises International, Inc.,<br>a New Jersey corporation,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08-C-50026<br><br>Judge Kapala<br>Magistrate Judge Mahoney |

## DECLARATION OF DAVID RICHTER

David Richter, being first sworn on oath, states that:

1.　I am a resident of the state of Illinois and the Vice President of Pat Richter Gallery, Inc., which is not a party to this action.

2.　I make this declaration based on my personal knowledge and in support of Pat Richter's claims against defendant INSTAR.

3.　In early November of 2007, I learned that unauthorized copies of Pat Richter's works were on display and up for sale at an art show in Arlington, Illinois at the race track. When we asked the salesperson at this show for information on the manufacture of the decals, I learned that the decals were purchased from INSTAR.

4.　After the show at the Arlington Park Racetrack, I learned that unauthorized copies of Pat Richter's works were on display and up for sale at the

Odeom show at Villa Park, Illinois. We asked the salesperson where she had gotten the decals to make these works. I learned that the decals came from INSTAR.

5. Again in late 2007, I learned that unauthorized copies of Pat Richter's works were on display and for sale in the Metro Center in Rockford, Illinois. From the information provided from the salesperson, I learned that the decals from which these copies were manufactured came from INSTAR.

6. After learning of these unauthorized copies, I went onto the INSTAR website to verify for myself that INSTAR was selling Pat Richter decals without authorization. I did a search for various works belonging to Pat Richter. INSTAR sent me electronic image copies of Pat Richter works that INSTAR was offering for sale. INSTAR sent me images of no fewer than eight of Pat Richter's copyrighted works that I or anyone else could have purchased directly from INSTAR's website.

7. The infringing images of Pat Richter's copyrighted works that INSTAR sent to me were displayed on my computer monitor in Boone County, Illinois. The files containing those electronic images were sent to my computer and stored in the cache files on that computer in Boone County, Illinois.

8. I looked at INSTAR's website. INSTAR operates a fully interactive website. At the time I looked at the website, INSTAR's customers could purchase items, including infringing works of Pat Richter, directly from website.

Customers could also search for types of works they want. After conducting the search, the website transmits electronic image copies of the work, including the infringing works, directly to the user's computer where the images are displayed.

9. In addition to sending images of Pat Richter's copyrighted works, INSTAR also included its copyright policy on its website. That policy reads: "The designs on this website are original artistic works and are protected by copyright laws worldwide. The making of copies of these decals, or dealing in goods carrying copied decals constitutes infringement and will be pursued by legal action. Courts frequently order the destruction of infringing copies as well as award damages."

10. On November 16, 2007, I called INSTAR and informed them that their display of Pat Richter copyrighted works and their sale of decals showing Pat Richter copyrighted works was a violation of the law and demanded that the images be immediately removed from the website, that they immediately stop selling infringing decals, and that any remaining decals be immediately returned to Pat Richter. The individual I spoke to on the phone denied the allegations and said he refused to do what was requested.

11. For more than 20 years, I have been involved in the business of selling artwork at local art and craft shows throughout the country. More recently, I have been involved in selling from the Internet. I am familiar with INSTAR and the fact that it sells products to persons in Illinois and to others in the Midwest

who display and sell the works they manufacture from INSTAR's decals in Illinois.

12. I have been to more than half a dozen art and craft shows in the northern part of Illinois, including Rockford, Arlington, Chicago and other places, where works made from INSTAR decals are on display and for sale.

I make this declaration based on my own person knowledge on the _18th_ day of June, 2008.

_David Richter_
David Richter