IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PAT RICHTER, a citizen of Illinois, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 50026 |
| v. ) | |
| ) | |
| INSTAR Enterprises International, Inc., ) | |
| s/h/a a New Jersey Corporation, ) | Judge Kapala |
| ) | Magistrate Judge Mahoney |
| Defendant. ) | |

**NOTICE OF FILING**

I hereby certify that on July 11, 2008, I electronically filed Defendant's Reply with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Randolph Vokell          volkell@oponline.net

Jill M. Kastner          jkastner@reinhartlaw.com

Respectfully submitted,

s/ Michelle L. Landon
Picha, Salisbury & McCumber, LLC
Attorney for Defendant
1639 North Alpine Road, Suite 300
Rockford, IL 61107
815-227-4300
815-227-4330 Fax