UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Western Division

Pat Richter

                       Plaintiff,

v.                                                     Case No.: 3:08−cv−50026
                                                        Honorable Frederick J. Kapala

INSTAR Enterprises International, Inc.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

     MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial conference held on 9/5/2008. Case management order approved. Depositions limited to 4 hours with 1 each party limited to 6 hours. Plaintiff shall comply with FRCP(26)(a)(2) by 2/1/09. Deposition by 3/1/09. Defendant shall comply with FRCP(26)(a)(2) by 3/15/09. Depositions by 4/15/09. Amended Pleadings due by 11/14/2008. Fact Discovery ordered closed by 5/1/2009. Dispositive Motions due by 6/2/2009. Discovery Hearing set for 11/14/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.